| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

ERIC O. REESE, §
　§
　　　Petitioner, §
　§
*versus* § CIVIL ACTION NO. 1:10-CV-2
　§
JODY UPTON, WARDEN, §
　§
　　　Respondent. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Eric O. Reese, an inmate formerly confined at FCI Beaumont, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this action be dismissed without prejudice as moot. Petitioner has been released from custody.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

---

[1] A copy of the Report and Recommendation sent to petitioner was returned with the notation petitioner was "no longer at this address." Petitioner has failed to update the Court with his new address.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Beaumont, Texas, this 19th day of November, 2012.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE